253 So.2d 793

**STATE of Louisiana ex rel. Daryl EVANS**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary et al.**

No. 51863.

Nov. 8, 1971.

In re: Daryl Evans applying for writ of habeas corpus.

The application is denied. We find no merit in the application and we agree with the trial judge that the question now raised was disposed of in the original prosecution. See State v. Evans, 249 La. 861, 192 So.2d 103.

253 So.2d 794

**Elsie Cecile DOBARD, wife of Anthony L. PALAMA**

**v.**

**Anthony L. PALAMA.**

No. 51864.

Nov. 8, 1971.

In re: Elsie Cecile Dobard Palama applying for writs of certiorari and mandamus.

Writ denied. Applicant's remedy, if any, is by appeal.